IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America, ) | CRIMINAL NO. 3:12-430-CMC |
| ) | |
| v. ) | **OPINION and ORDER** |
| ) | |
| Daniel Eugene Bifield, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

      This matter is before the court on Defendant's motion for relief under 28 U.S.C. § 2255. On March 2, 2015, the court directed that Defendant clarify a previously-filed waiver of certain aspects of his attorney-client privilege relating to Defendant's motion for relief under 28 U.S.C. § 2255. *See* Order, ECF No. 1742. On March 13, 2015, Defendant responded to the court's directive, "waiving [his] attorney-client privilege for Attorney Allen B. Burnside and for Attorney Katherine E. Evatt so that they can provide an affidavit defending their performance in a § 2255 action." Resp. at ¶ 2, ECF No. 1744.

      Accordingly, Defendant having waived his attorney-client privilege as to these attorneys regarding those issues raised in his § 2255 motion, the court directs that any affidavit by defense counsel shall be provided to the Government and Defendant no later than Friday, April 17, 2015. The Government's time to respond to Defendant's § 2255 motion is hereby extended through Friday, May 15, 2015.

      **IT IS SO ORDERED.**

                                                    s/ Cameron McGowan Currie
                                                    CAMERON MCGOWAN CURRIE
                                                    SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
March 16, 2015